# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY WINSTON ADAMS, ) | CASE NO. CV 07-02215 AHS (SS) |
| ) | |
| ) | **ORDER ADOPTING FINDINGS,** |
| Plaintiff, ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| ) | **UNITED STATES MAGISTRATE JUDGE** |
| v. ) | |
| ) | |
| SHELDON BROOKS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment is GRANTED and Judgment shall be entered in favor of Defendants on the entire action.

\\

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2  the Judgment herein on Plaintiff and counsel for Defendants.

4    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6  DATED:   October 6, 2008

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

2