1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   QUINCY WINSTON ADAMS,          )   CASE NO. CV 07-02215 AHS (SS)
                                     )
12                                   )   **JUDGMENT**
                  Plaintiff,         )
13                                   )
             v.                      )
14                                   )
     SHELDON BROOKS, et al.,         )
15                                   )
                  Defendants.        )
16   _____)

17

18          Pursuant to the Court's Order Adopting Findings, Conclusions and

     Recommendations of United States Magistrate Judge,
19

20

21          IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment

22   shall be granted.   Judgment is entered in favor of the Defendants and

     against Plaintiff.   Plaintiff's action shall be dismissed with
23
     prejudice.
24

25

26          DATED:  October 6, 2008

27                                          ALICEMARIE H. STOTLER
                                            _____
                                            ALICEMARIE H. STOTLER
28                                          CHIEF UNITED STATES DISTRICT JUDGE