**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| QUINCY WINSTON ADAMS, | ) | CASE NO. CV 07-02215 AHS (SS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SHELDON BROOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Judgment is entered in favor of the Defendants and against Plaintiff. Plaintiff's action is dismissed with prejudice.

DATED: October 1, 2010

*ALICEMARIE H. STOTLER*

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE